**FILED**
AUG 0 8 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 8707

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No.: |
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | 21 U.S.C. § 952 and 960 |
| Luis OLIVERA (1) | Importation of a Controlled Substance (Felony) |
| Christina MARHOUN (2) | |
| Danielle SCHOONOVER (3) | |
| Defendants. | |

The undersigned complainant being duly sworn states:

On or about August 7, 2008, within the Southern District of California, defendants Luis OLIVERA, Christina MARHOUN, and Danielle SCHOONOVER did knowingly and intentionally import approximately 34.40 kilograms (75.68 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Felix J. Castañeda
Special Agent
U.S. Immigration & Customs Enforcement

SWORN TO, BEFORE ME, AND SUBSCRIBED IN MY PRESENCE THIS 8th DAY OF August 2008.

_____
Peter C. Lewis
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
       v.
Luis OLIVERA (1)
Christina MARHOUN (2)
Danielle SCHOONOVER (3)

## STATEMENT OF FACTS

This complaint is based upon the personal observations, investigation and information provided to U. S. Immigration and Customs Enforcement Special Agent Felix Castaneda.

On August 7, 2008, Luis OLIVERA, Christina MARHOUN, and Danielle SCHOONOVER entered the United States at the Calexico, CA West Port of Entry. OLIVERA was the driver and MARHOUN and SCHOONOVER were the passengers in a 1998 Chevy Malibu registered to OLIVERA.

Customs and Border Protection Officer (CBPO) F. Lopez received a negative Customs declaration from OLIVERA, MARHOUN and SCHOONOVER. During the primary inspection, CBPO Lopez noticed that OLIVERA was avoiding eye contact and was sweating profusely. CBPO Lopez inspected the vehicle and noticed the bottom front bumper screws had been tampered with. CBPO Lopez referred the vehicle to secondary for further inspection.

CBPO Cardenas encountered the vehicle in the secondary inspection area. Officer Cardenas noticed that OLIVERA appeared uneasy and was slow to answer questions. Officer Cardenas also noted that MARHOUN and SCHOONOVER would not make eye contact. Officer Taylor then notified Officer Cardenas that his Narcotic

Detector Dog had alerted to the front of the vehicle indicating the presence of the odor of a controlled substance in that area.

Further inspection resulted in the discovery of 22 packages wrapped in carbon paper and clear plastic hidden within the front fenders of the vehicle. The packages contained a green leafy substance, which field-tested positive for marijuana. The total weight of the packages was 34.40 kilograms.

Agents Castaneda and Douglas Struckmeyer advised OLIVERA and MARHOUN of their rights per Miranda. OLIVERA and MARHOUN stated they understood their rights and were willing to answer questions without the presence of an attorney.

OLIVERA stated he knew the vehicle contained marijuana. OLIVERA stated he was hired to drive the vehicle into the United States and was going to be paid $700.00 for smuggling the marijuana into the United States. OLIVERA stated a man by the name of "Mario" hired him. OLIVERA also stated MARHOUN and SCHOONOVER were aware that there were drugs in the vehicle and they too were going to get paid $700.00 each. OLIVERA stated he and MARHOUN had smuggled narcotics on four previous occasions. OLIVERA stated SCHOONOVER had smuggled with them.

MARHOUN stated she was recruited by OLIVERA who was recruited by a man called "Mario". MARHOUN claimed she had smuggled narcotics with OLIVERA on four prior occasions. MARHOUN stated everyone in the vehicle knew marijuana was concealed in the vehicle, and each were going to be paid $700.00. MARHOUN

stated SCHOONOVER was recruited by OLIVERA and she had done this on one prior occasion.